**Motion Granted; Order filed February 15, 2018**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00520-CV
_____

**FORT BEND COUNTY, Appellant**

**V.**

**MELISSA ANN NORSWORTHY, Appellee**

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-213052B**

## ORDER

On July 3, 2017, appellant filed a notice of appeal from an order signed April 21, 2017, and the appeal was assigned to this court under our appellate number 14-17-00520-CV. On July 28, 2017, appellant filed a second notice of appeal from the same order, which was assigned to this court under our appellate number 14-17-00633-CV. On December 12, 2017, appellant filed a motion to consolidate the related appeals. The motion is granted in part and we issue the following order:

We order all records and documents filed in cause number 14-17-00633-CV transferred and filed into cause number 14-17-00520-CV. We order the record and brief filed in our appellate case number 14-17-00633-CV transferred to appellant cause number 14-17-00520-CV. Appellate cause number 14-17-00633-CV will be dismissed and this case will proceed under the existing filing deadlines in cause number 14-17-00520-CV styled *Fort Bend County v. Melissa Ann Norsworthy*.


PER CURIAM